**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1067**

———————

JOHN A. JENKINS; JULIA JENKINS,

                                        Plaintiffs - Appellants,

     versus

DONALD R. BAUMGARDNER, individually and his
official capacity as Director of the Office of
Community Development for Craven County, North
Carolina; HAROLD BLIZZARD, individually and in
his official capacity as County Manager for
Craven County, North Carolina,

                                       Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Malcolm J. Howard,
District Judge. (CA-03-53-4-H)

———————

Submitted:  June 30, 2005           Decided:  July 29, 2005

———————

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Everett Robinson, ROBINSON LAW OFFICE, Rocky Mount, North
Carolina, for Appellants. Mark A. Davis, WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John A. Jenkins and Julia D. Jenkins appeal the district court's order granting the Appellees' motion for summary judgment in their civil action alleging constitutional violations under 42 U.S.C. §§ 1981, 1983, 2000d, in regard to the use and rehabilitation of their property after flooding. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Jenkins v. Baumgardner</u>, No. CA-03-53-4-H (E.D.N.C. Oct. 20, 2004). We grant the Appellees' unopposed motion to submit appeal for decision on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>